WILLIAM SMITH, Respondent, *v.* NATIONAL STARCH COMPANY, Appellant.

*Smith* v. *National Starch Company*, 134 App. Div. 994, affirmed.
(Argued December 4, 1911; decided December 19, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 15, 1909, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained through the defendant's negligence.

*Elisha B. Powell* and *Herrick C. Allen* for appellant.

*D. P. Morehouse* and *Charles N. Bulger* for respondent.

Judgment affirmed, with costs, no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, HISCOCK, CHASE and COLLIN, JJ.